**IN THE UNITED STATES EASTERN DISTRICT COURT FOR VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **ROBIND DESHIELDS** | : | |
| | : | |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No.:** |
| **THE UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| ***Defendant.*** | : | |

**COMPLAINT**

**COMES NOW**, the Plaintiff, Robin DeSheilds ("Plaintiff") and by and through her attorney, Sean Barrick and the law offices of Morgan & Morgan DC, PLLC, and sues Defendants, Quanisha Williams ("Defendant"), and the United States Postal Service ("USPS") and for reasons therefore states as follows:

**PARTIES**

1. Plaintiff is, and at all relevant times has been, a natural person and has been a resident of the Commonwealth of Virginia.

2. The United States of America is sued under the Federal Tort Claims Act ("FTCA") 28 U.S.C. § 1346(b) for the acts and omissions of its employee alleged below.

3. USPS is, and at all relevant times was, a federal agency authorized to conduct business in the Commonwealth of Virginia.

**VENUE AND JURISDICTION**

4. Plaintiff presented an administrative tort claim to the USPS on or about March 27, 2026. USPS acknowledged receipt in a letter dated March 30, 2026.

5. Before this action was instituted, USPS failed to make final disposition of the claim for six months after presentment. Accordingly, Plaintiff has satisfied the administrative-exhaustion requirement of 28 U.S.C. § 2675(a).

6. This Court has jurisdiction over this matter pursuant to 39 U.S.C.A. § 409(a). Venue is proper in this District under 28 U.S.C. § 1402(b) because the alleged acts and omissions occurred in Fairfax County, Virginia, and Plaintiff resides in Alexandria, Virginia.

## **FACTS**

7. On or about October 18, 2024, at approximately 4:56 pm, Plaintiff was a restrained driver traveling on Vantage Drive at or near Rolling Stone Road/Rolling Stone Way.

8. At that same time and place, Defendant was operating a motor vehicle in the course and scope of her employment with USPS.

9. Defendant, suddenly and without warning, failed to maintain a proper distance and violently struck Plaintiff's vehicle on the passenger side.

10. Defendant failed to operate the USPS vehicle in a safe manner under the circumstances and traffic conditions that existed at the time, and as a result, caused the violent collision with the Plaintiff.

11. As a result of the collision, Plaintiff sustained serious and debilitating injuries, including documented cervical, lumbar, right hip, and right knee strain/sprain injuries.

12. The collision occurred as the proximate result of the negligent conduct of Defendant.

13. At all times relevant, Plaintiff was free of any contributory negligence as to the cause of the collision and the injuries she sustained.

14. At all times relevant, Plaintiff did not assume any risk of injury.

**COUNT I: NEGLIGENCE**
**QUENISHA WILLIAMS**

15. Plaintiff re-states and re-alleges each and every allegation set forth above as if fully set forth herein.

16. Defendant had a duty to operate the USPS vehicle with reasonable care and in a safe manner.

17. Defendant failed to use reasonable care and was guilty of negligence. As such, Defendant breached her duties of care, including but not limited to:

a. Failing to keep a proper lookout;

b. Failing to use reasonable care while operating a vehicle;

c. Failing to keep their vehicle under proper control;

d. Failing to obey traffic laws;

e. Failing to operate the USPS vehicle in a safe manner under the conditions then and there prevailing; and,

f. Failing to generally operate the USPS vehicle in a safe, reasonable, and prudent manner.

18. As a direct and proximate result of Defendant's negligence, Plaintiff was caused to suffer serious injury to her persons, to include pain and suffering, emotional distress, loss of enjoyment of life, loss of opportunity, physical impairment, medical expenses and other damages, with no negligence or lack of due care on her part contributing thereto.

19. The aforementioned damages are permanent and continuing in nature.

**COUNT II: VICARIOUS LIABILITY**
**UNITED STATES OF AMERICA & UNITED STATES POSTAL SERVICE**

20. Plaintiff re-states and re-alleges each and every allegation set forth above as if fully set forth herein.

21. Pursuant to federal regulations, USPS was provided notice within six months in advance of Plaintiff's intent to initiate legal proceedings.

22. At the time of the collision, Defendant was acting in the course and scope of her employment with USPS. In the alternative, Defendant was acting as an agent, servant, contractor, subcontractor, and/or representative of USPS.

23. At all relevant times, USPS controlled and/or had the power to control the driving and other activities which Defendant performed for USPS, including the activities Defendant was performing on the day and time of the collision.

24. USPS was the owner of the vehicle that Defendant was operating at the time of the accident.

25. Defendant was driving said vehicle with permission of its owner, USPS.

26. As such, USPS is jointly and severally liable to Plaintiff.

**DAMAGES AND AD DAMNUM**

27. Plaintiff re-states and re-alleges each and every allegation set forth above as if fully set forth herein.

28. As a direct and proximate result of the above-described breaches of duties, Plaintiff was caused to suffer serious injury to her person with no negligence or lack of due car on her part contributing thereto.

29. The forementioned damages are permanent and continuing in nature.

WHEREFORE, Plaintiff, Robins DeSheilds, respectfully requests that this Court grant judgment in her favor for a personal injury action against Defendant, the United States of America, in the amount of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00), plus interest from October 18, 2024, until paid, attorneys' fees and costs, as well as and such further relief as this Court Deems just a proper.

Respectfully submitted,
ROBIN DESHIELDS

Sean Barrick (VSB No. 98096)
Morgan & Morgan
901 East Cary St., Suite 500
Richmond, Virginia 23219
Phone: (804) 293-9281
Fax: (804) 293-9281
Sean.barrick@forthepeople.com
*Counsel for the Plaintiff*